GUSTAVE KASE, Appellant, *v.* BESSIE COHEN, Respondent.

Argued January 12, 1950; decided February 23, 1950.

*David Haar* for appellant.

*Estelle Corcos Lévy* and *John Hezekiah Lévy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.